KEVIN V. RYAN
United States Attorney

CHARLES M. O'CONNER (CA State Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave., 10th Floor
San Francisco, California 94102
Tel:    (415) 436-7180

SUE ELLEN WOOLDRIGE
Assistant Attorney General
Environment and Natural Resources Division

LILY N. CHINN (CA State Bar No. 203173)
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 514-0135
Fax:    (202) 514-8865
Email: lily.chinn@usdoj.gov

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYKEEPER, HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>Defendants. | Case No. C 06-5159 SC<br><br>**STIPULATED REQUEST TO STAY THE CASE** |

1    WHEREAS, Plaintiffs Baykeeper, Humboldt Baykeeper, Ecological Rights Foundation,
2 and Communities for a Better Environment commenced this case by filing a complaint on
3 August 23, 2006 alleging that certain actions taken by EPA with regard to the SIP submitted by
4 the State of California pursuant to requirements under the Clean Water Act, 33 U.S.C.
5 § 1313(c)(2)(A), violated the Administrative Procedure Act, 5 U.S.C. § 706.  Compl. ¶¶ 35-40.
6 Plaintiffs also alleged that certain actions not taken by EPA with regard to the SIP constituted a
7 constructive approval of portions of the SIP and violated the Administrative Procedure Act, 5
8 U.S.C. § 706.  Id. ¶¶ 41-44;
9    WHEREAS, EPA answered the complaint on October 23, 2006;
10    WHEREAS, the parties meet on October 19, 2006 to discuss, inter alia, settlement of this
11 case;
12    WHEREAS, based on the October 19th meeting and subsequent discussions, the parties
13 wish to stay all litigation deadlines for 60 days to allow time for additional settlement
14 discussions;
15    WHEREAS, the following case management deadlines have been set by the Court:
16    • November 27, 2006 – File Case Management Conference Statement
17    • December 1, 2006 – Case Management Conference at 10:00am
18    NOW, THEREFORE, the parties have agreed to stay this case as indicated below and
19 request that the Court issue an order as follows:
20    1.    All pending deadlines in this case are stayed for 60 days and the Case
21 Management Conference and all currently set filing deadlines shall be taken off-calendar and
22 rescheduled.
23    2.    The parties agree that the next settlement meeting will occur on or before
24 December 14, 2006;
25    3.    The parties will submit a status report on January 17, 2006 informing the Court as
26 to the progress of settlement discussions.
27    4.    Following receipt of the parties' status report, the Court will reset the Case
28 Management Conference and all filing deadlines set in the Court's Order Setting Initial Case

Management Conference and ADR Deadlines.

                                        Respectfully submitted,

Dated:   November 14, 2006

FOR PLAINTIFFS:          /s/  Christopher Sproul
                                  CHRISTOPHER SPROUL
                                  Environmental Advocates
                                  5135 Anza Street
                                  San Francisco, CA  94121

FOR DEFENDANTS:        KEVIN V. RYAN
                                  United States Attorney

                                  SUE ELLEN WOOLDRIDGE
                                  Assistant Attorney General
                                  Environment & Natural Resources Division

                                  /s/  Lily N. Chinn[1]/
                                  LILY N. CHINN
                                  Trial Attorney
                                  United States Department of Justice
                                  Environmental Defense Section
                                  P.O. Box 23986
                                  Washington, D.C. 20026-3986

It is so ordered.

DATED:   11/15/06                                 _____
                                                      HON.
                                                      United States District Court

---

[1]/     As the filing attorney, I, Lily N. Chinn, attest that Plaintiffs' attorney, Christopher Sproul, finds the contents of this filed document acceptable and has given me permission to electronically file this stipulated motion on his behalf.

-3-

**CERTIFICATE OF SERVICE**

On November 14, 2006, a true and correct copy of the foregoing stipulation was served electronically via the Court's e-filing system to Counsel of Record.

                                        /s/ Lily N. Chinn
                                        LILY N. CHINN