Christopher Sproul (State Bar No. 126398)
Jodene Isaacs (State Bar No. 226895)
Megan Anderson (State Bar No. 237548)
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Telephone:  (415) 533-3376, Facsimile: (415) 358-5695
Email:  csproul@enviroadvocates.com, jisaacs@enviroadvocates.com, manderson@enviroadvocates.com

Daniel Cooper (State Bar No. 153576)
Layne Friedrich (State Bar No. 195431)
Lawyers for Clean Water, Inc.
1004 O'Reilly Avenue
San Francisco, California  94129
Telephone: (415) 440-6520, Facsimile: (415) 440-4155
Email: cleanwater@sfo.com, layne@lawyersforcleanwater.com

Shana Lazerow (State Bar No. 195491)
Adrienne L. Bloch (State Bar No. 215471)
Communities for a Better Environment
1440 Broadway Suite701
Oakland, California  94612
Telephone:  (510) 302-0430, Facsimile:  (510) 302-0438
Email: slazerow@cbecal.org, abloch@cbecal.org

Attorneys for Plaintiffs
BAYKEEPER, HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and COMMUNITIES FOR A BETTER ENVIRONMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYKEEPER, HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>Defendants. | Case No.  C 06-5159 SC<br><br>STIPULATED REQUEST TO CONTINUE STAY OF THE CASE; [Proposed] ORDER |

1    WHEREAS, Plaintiffs Baykeeper, Humboldt Baykeeper, Ecological Rights Foundation,
2 and Communities for a Better Environment commenced this case by filing a complaint on
3 August 23, 2006 alleging that certain actions taken by EPA with regard to the State of California
4 in the California State Water Resources Control Board ("State Board")'s Policy for
5 Implementation of Toxics Standards for Inland Surface Waters, Enclosed Bays, and Estuaries of
6 California, enacted by State Board Resolution No. 2000-015 (March 2, 2000) and State Board
7 Resolution No. 2005-0019 (February 24, 2005) ("SIP") submitted by the State of California
8 pursuant to requirements under the Clean Water Act, 33 U.S.C. § 1313(c)(2)(A), violated the
9 Administrative Procedure Act, 5 U.S.C. § 706.  Compl. ¶¶ 35-40.  Plaintiffs also alleged that
10 certain actions not taken by EPA with regard to the SIP constituted a constructive approval of
11 portions of the SIP and violated the Administrative Procedure Act, 5 U.S.C. § 706.  Id. ¶¶ 41-44;
12    WHEREAS, EPA answered the complaint on October 23, 2006;
13    WHEREAS, the parties met on October 19, 2006 and again on December 14, 2006 to
14 discuss settlement of this case and made substantial progress toward a settlement agreement at
15 these meetings;
16    WHEREAS, based on the October 19th and December 14 meetings and subsequent
17 discussions, the parties wish to stay all further litigation in this case until March 16, 2007 to
18 allow time for additional settlement discussions, which the parties presently have reason to
19 believe will successfully resolve this case without further litigation;
20    WHEREAS, the Court by Order issued on November 15, 2006 stayed all further litigation
21 in this case for sixty days, i.e., until January 15, 2007;
22    WHEREAS, the Court's November 15, 2006 Order required the parties to submit a status
23 report on January 17, 2007 informing the Court as to the progress of settlement discussions;
24    WHEREAS, in lieu of the January 17, 2007 status report, the parties are by way of this
25 stipulation informing the Court as to the progress of settlement discussions–that the parties met
26 again on December 14, 2006 to discuss settlement, made substantial progress toward an
27 agreement, have agreed to exchange a draft settlement agreement by the middle of this month,
28

Stipulation for Stay, [Proposed] Order

1  and are reasonably confident that they will be able to reach an agreement without further
2  litigation should this case be stayed until March 16, 2007;
3      NOW, THEREFORE, the parties have agreed to a stay of all further litigation in this case
4  until March 16, 2007 and request that the Court issue an order as follows:
5      1.    All further litigation in this case is stayed until March 16, 2007;
6      2.    This stipulation shall serve in lieu of the status report referred to in the Court's
7  November 15, 2006 Order;
8      3.    The parties shall submit a status report no later than March 16, 2007 informing the
9  Court as to the progress of settlement discussions; and
10     4.    Following receipt of the parties' status report, the Court will reset the Case
11 Management Conference and all filing deadlines set in the Court's Order Setting Initial Case
12 Management Conference and ADR Deadlines.

                               Respectfully submitted,

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti / 1/8/07]

16 Dated:   January 5, 2007

18 FOR PLAINTIFFS:          /s/ Christopher Sproul[1]
                               CHRISTOPHER SPROUL
19                            Environmental Advocates
                           5135 Anza Street
20                            San Francisco, CA  94121

22 FOR DEFENDANTS:       KEVIN V. RYAN
                           United States Attorney

23                            SUE ELLEN WOOLDRIDGE
                           Assistant Attorney General
24                            Environment & Natural Resources Division

---

[1]As the filing attorney, I, Christopher Sproul, attest that Defendants' counsel finds the contents of this filed document acceptable and has given me permission to electronically file this stipulated motion on Defendants' behalf.

Stipulation for Stay, [Proposed] Order                            Page 2 of 4

| | |
|---|---|
| 1 | /s/ Lily N. Chinn |
| | LILY N. CHINN |
| 2 | Trial Attorney |
| | United States Department of Justice |
| 3 | Environmental Defense Section |
| | P.O. Box 23986 |
| 4 | Washington, D.C. 20026-3986 |

6  It is so ordered.

7  DATED: _____     _____

8  HON. SAMUEL CONTI
   United States District Court

| | |
|---|---|
| 1 | **<u>CERTIFICATE OF SERVICE</u>** |

2   On January 5, 2007, a true and correct copy of the foregoing stipulation was served

3   electronically via the Court's e-filing system to Counsel of Record.

```
                              /s/  Christopher Sproul
                              CHRISTOPHER SPROUL
```