UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER, et al., | No. C-06-5159 SC |
| Plaintiff, | |
| v. | ORDER OF <u>DISQUALIFICATION</u> |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al, | |
| Defendant. | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of General Order 44(E)(2) of the Assignment Plan of this Court, request that this case be reassigned.

**IT IS SO ORDERED.**

Dated: January 9, 2007

_____
UNITED STATES DISTRICT JUDGE