United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAYKEEPER et al,                                    No. C 06-5159  MHP

                    Plaintiff(s),          **ORDER OF RECUSAL AND
                                            REASSIGNMENT**

      v.

US ENVIRONMENTAL PROTECTION
AGENCY et al,

                    Defendant(s).
_____/

      I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action,

hereby recuse myself from this case.

      This matter is hereby referred to the Assignment Committee for reassignment to another

United States District Judge for all further proceedings, including all pretrial and trial proceedings,

and the entry of final judgment.  The current scheduled dates shall be maintained except as modified

or rescheduled in accordance with instructions by the reassigned Judge.

      **IT IS SO ORDERED.**

Dated: March 1, 2007                        _____
                                            MARILYN HALL PATEL
                                            United States District Judge