1  Christopher Sproul (State Bar No. 126398)
   Jodene Isaacs (State Bar No. 226895)
2  Megan Anderson (State Bar No. 237548)
   Environmental Advocates
3  5135 Anza Street
   San Francisco, California 94121
4  Telephone: (415) 533-3376, Facsimile: (415) 358-5695
   Email: csproul@enviroadvocates.com, jisaacs@enviroadvocates.com,
5  manderson@enviroadvocates.com

6  Daniel Cooper (State Bar No. 153576)
   Layne Friedrich (State Bar No. 195431)
7  Lawyers for Clean Water, Inc.
   1004 O'Reilly Avenue
8  San Francisco, California 94129
   Telephone: (415) 440-6520, Facsimile: (415) 440-4155
9  Email: cleanwater@sfo.com, layne@lawyersforcleanwater.com

10 Shana Lazerow (State Bar No. 195491)
   Adrienne L. Bloch (State Bar No. 215471)
11 Communities for a Better Environment
   1440 Broadway Suite 701
12 Oakland, California 94612
   Telephone: (510) 302-0430, Facsimile: (510) 302-0438
13 Email: slazerow@cbecal.org, abloch@cbecal.org

14 Attorneys for Plaintiffs
   BAYKEEPER, HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and
15 COMMUNITIES FOR A BETTER ENVIRONMENT

16             UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 19  BAYKEEPER, HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and <br> 20  COMMUNITIES FOR A BETTER ENVIRONMENT, <br> 21            Plaintiffs, <br> 22 <br> 23       v. <br> 24  UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States <br> 25  Environmental Protection Agency, WAYNE NASTRI, as Regional Administrator of the United <br> 26  States Environmental Protection Agency, Region 9, <br> 27            Defendants. | Case No. C 06-5159 WHA <br><br> STIPULATION CONCERNING MEDIATION CONFIDENTIALITY; [Proposed] ORDER |

28

1     WHEREAS, by Order dated March 13, 2007, the Court appointed Daniel Bowling as the Mediator assigned to this case pursuant to the Alternative Dispute Resolution Local Rules ("ADR L.R.") of this Court;

    WHEREAS, the Plaintiffs Baykeeper, Humboldt Baykeeper, Ecological Rights Foundation, and Communities for a Better Environment (collectively, "Plaintiffs") and the Defendants United States Environmental Protection Agency, Stephen L. Johnson, as Administrator of the United States Environmental Protection Agency, Wayne Nastri, as Regional Administrator of the United States Environmental Protection Agency, Region 9 (collectively, "Defendants") have been engaged in mediation discussions supervised by Mr. Bowling since December 4, 2006 in a parallel case, *Baykeeper, et al. v. U.S. Environmental Protection Agency, et al.*, C 06-05611 CRB ("*Baykeeper II*") pursuant to the December 4, 2006 Order of the Honorable Charles Breyer;

    WHEREAS, the Parties' mediation discussions since December 4, 2006 have included discussions of resolving the issues raised by both this action and *Baykeeper II*;

    WHEREAS, the Plaintiffs and Defendants (collectively, "the Parties") have exchanged several confidential draft settlement agreements and related confidential settlement communications in the course of pursuing this court-ordered mediation;

    WHEREAS, the Parties met in person on March 22, 2007 for a mediation session directed by Mr. Bowling and executed a confidentiality agreement on that date;

    WHEREAS, the Parties have to date preserved the confidentiality of all their mediation communications and continue to agree that preserving confidentiality of their mediation communications is important for facilitating the success of those communications;

    NOW, THEREFORE, the parties have agreed to continue to preserve the confidentiality of all their mediation communications and request that the Court issue an order as follows:

    1.    Consistent with ADR L.R. 5-12 and 6-11 governing the confidentiality of mediation sessions, the Parties shall treat as confidential information any documents produced

Stipulation for Mediation Confidentiality, [Proposed] Order

and anything that happens or is said in connection with the court-directed mediation in this action. Confidential information shall not be disclosed to anyone not involved in this litigation except as required by court order, shall not be disclosed to the assigned judge, and shall not be used by the parties for any purpose, including impeachment, in any pending or future proceedings unless all parties and the neutral so agree;

2. The parties further agree that any evidence, which is otherwise admissible or subject to discovery or disclosure, shall not become inadmissable or protected from disclosure solely by reason of its introduction or use in this ADR proceeding. Further, disclosure of information which is otherwise privileged shall not alter its privileged character;

3. The parties further agree not to subpoena the neutral or any documents submitted to or prepared by the neutral in connection with or during the mediation or ENE sessions. The neutral shall not voluntarily testify on behalf of a party; and

4. This agreement shall not preclude a report to or an inquiry by the ADR Magistrate Judge pursuant to ADR L.R. 2-4(a) regarding a possible violation of the ADR Local Rules. Nor shall this agreement render inadmissable a written settlement agreement reached as a result of this ADR proceeding in an action to enforce that settlement.

Respectfully submitted,

Dated: March 26, 2007

FOR PLAINTIFFS:   /s/ Christopher Sproul[1]
CHRISTOPHER SPROUL
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121

---

[1] As the filing attorney, I, Christopher Sproul, attest that Defendants' counsel finds the contents of this filed document acceptable and has given me permission to electronically file this stipulated motion on Defendants' behalf.

Stipulation for Mediation Confidentiality, [Proposed] Order     Page 2 of 4

| | | |
|---|---|---|
| 1 | FOR DEFENDANTS: | KEVIN V. RYAN<br>United States Attorney |
| 2 | | |
| 3 | | SUE ELLEN WOOLDRIDGE<br>Assistant Attorney General<br>Environment & Natural Resources Division |
| 4 | | |
| 5 | | /s/ Lily N. Chinn<br>LILY N. CHINN<br>Trial Attorney |
| 6 | | United States Department of Justice<br>Environmental Defense Section |
| 7 | | P.O. Box 23986<br>Washington, D.C. 20026-3986 |

9
10  It is so ordered.

11  DATED: March 27, 2007

12  HON. WILLIAM H. ALSUP
    United States District Court

*IT IS SO ORDERED* — Judge William Alsup

Stipulation for Mediation Confidentiality, [Proposed] Order          Page 3 of 4

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | On March __, 2007, a true and correct copy of the foregoing stipulation was served |
| 3 | electronically via the Court's e-filing system to Counsel of Record. |
| 4 | |
| 5 | _____/s/ Christopher Sproul_____ |
| | CHRISTOPHER SPROUL |
| 6 | |