SOMACH, SIMMONS & DUNN
A Professional Corporation
ROBERTA L. LARSON, ESQ (SBN: 191705)
JONATHAN R. SCHUTZ ESQ. (SBN: 230897)
813 Sixth Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

Attorneys for Intervenor
CALIFORNIA ASSOCIATION OF
SANITATION AGENCIES

PILLSBURY WINTHROP SHAW PITTMAN LLP
MARGARET ROSEGAY, ESQ. (SBN: 96963)
NORMAN F. CARLIN, ESQ. (SBN: 188108)
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Intervenor
WESTERN STATES PETROLEUM ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYKEEPER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | Case No. C 06-5159 WHA<br>Case No. C 07-0887 WHA<br><br>**JOINT STIPULATION RE INTERVENTION IN RELATED CASES C 06-05159 and C 07-0887; [PROPOSED] ORDER** |
| WESTERN STATES PETROLEUM ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants. | Hearing Date:<br>Time:<br>Dept.: Courtroom 9, 19th Floor<br>Judge: The Honorable William H. Alsup |

1       WHEREAS, Plaintiffs Baykeeper, Humboldt Baykeeper, Ecological Rights Foundation, and Communities for a Better Environment (Environmental Plaintiffs) filed the above-captioned case *Baykeeper, et al. v. U.S. Environmental Protection Agency, et al.*, C 06-05159 (*Baykeeper I*) on August 23, 2006.

      WHEREAS, Proposed Intervenors California Association of Sanitation Agencies (CASA) and Western States Petroleum Association (WSPA) filed motions to intervene in *Baykeeper I* on November 28, 2006, which were denied, without prejudice to re-file, due to a stipulated stay during the pendency of settlement negotiations between Environmental Plaintiffs and EPA. CASA and WSPA refiled the motions to intervene on January 16, 2007. On March 1, 2007, Judge Marilyn Hall Patel recused herself from the case without ruling on the motions. On March 5, 2007, the case was reassigned to Judge William Alsup.

      WHEREAS, WSPA filed *Western States Petroleum Association v. U.S. Environmental Protection Agency, et al.*, C 07-0887 (*WSPA*) on February 12, 2007.

      WHEREAS, Environmental Plaintiffs filed Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related Per Local Rule 3-12 (Related Cases Motion) on February 26, 2007 asking the Court to deem *Baykeeper I* and *WSPA* to be related cases.

      WHEREAS, Proposed Intervenors CASA and WSPA did not oppose Environmental Plaintiffs' Related Cases Motion.

      WHEREAS, the stipulated stay in *Baykeeper I* expired on March 16, 2007.

      WHEREAS, on March 19, 2007, Judge William Alsup issued an Order finding that the *WSPA* case is related to the *Baykeeper I* case and ordering that the *WSPA* case be reassigned to him.

      WHEREAS, Environmental Plaintiffs wish to allow CASA and WSPA to intervene in *Baykeeper I* as defendants.

      WHEREAS, WSPA wishes to allow CASA and the Environmental Plaintiffs to intervene in *WSPA* as plaintiff and defendants, respectively;

      WHEREAS, EPA takes no position on CASA's and WSPA's intervention in *Baykeeper I* (C 06-05159) as defendants.

WHEREAS, EPA takes no position on the intervention of Environmental Plaintiffs as defendants, and CASA as a plaintiff, in *WSPA* (C 07-0887).

NOW, THEREFORE, it is hereby stipulated as follows:

1. Environmental Plaintiffs stipulate that CASA and WSPA shall be allowed to intervene in *Baykeeper I* (C 06-05159) as defendants, and that it shall not be necessary for CASA and WSPA to refile their motions to intervene.

2. Environmental Plaintiffs hereby withdraw their Opposition to CASA's and WSPA's motions to intervene in *Baykeeper I,* filed February 5, 2007.

3. WSPA stipulates that Environmental Plaintiffs shall be allowed to intervene in *WSPA* (C 07-0887) as defendants, and that CASA shall be allowed to intervene in *WSPA* (C 07-0887) as a plaintiff.

4. This Stipulation may be executed by way of counterpart signatures and/or by way of facsimile signatures.

                            SOMACH, SIMMONS & DUNN
                            A Professional Corporation

DATED: April 4, 2007        By   /s/ Roberta L. Larson[1]
                                            Roberta L. Larson

                            Attorneys for Intervenor
                            California Association of Sanitation Agencies

DATED: April 4, 2007        PILLSBURY WINTHROP SHAW PITTMAN LLP

                            By   /s/ Margaret Rosegay
                                            Margaret Rosegay

                            Attorneys for Intervenor and Plaintiff
                            Western States Petroleum Association

///

---

[1] As the filing attorney, I, Roberta L. Larson, attest that counsel for Plaintiffs and Intervenors Environmental Advocates and Western States Petroleum Association, and counsel for Defendant United States Environmental Protection Agency, find the contents of this filed document acceptable and have given me permission to electronically file this Joint Stipulation on their behalf.

| | |
|---|---|
| 1 | ENVIRONMENTAL ADVOCATES |
| 3 | DATED: April 4, 2007      By    /s/ Christopher Sproul |
| |                 Christopher Sproul |
| | Attorney for Plaintiff and Intervenor |
| | Environmental Advocates |
| 7 | Scott N. Schools |
| | Acting United States Attorney |
| 8 | |
| 9 | Matthew J. McKeown |
| | Acting Assistant Attorney General |
| | Environment & Natural Resources Division |
| 11 | |
| 12 | DATED: April 4, 2007      By    /s/ Lily Chinn |
| |                 Lily Chinn |
| 13 | Trial Attorney |
| | United States Department of Justice |
| 14 | Environmental Defense Section |
| | P.O. Box 23986 |
| 15 | Washington, D.C. 20026-3986 |
| 16 | Attorney for Defendant |
| | United States Environmental Protection Agency |

## **ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED.

DATED: April 9, 2007      By _____
                                              Judge William H. Alsup
                                              United State District Court

*[Court seal: "IT IS SO ORDERED" with signature of Judge William Alsup, United States District Court, Northern District of California]*

## PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is Hall of Justice Building, 813 Sixth Street, Third Floor, Sacramento, California; I am over the age of 18 years and not a party to the foregoing action.

On April 4, 2007, I served a true and correct copy of:

**JOINT STIPULATION RE INTERVENTION IN RELATED CASES C 06-05159 and C 07-0887; [PROPOSED] ORDER**

\_ (by mail) on all parties in said action listed below, in accordance with Code of Civil Procedure §1013a(3), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Somach, Simmons & Dunn, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

 X  (by e-mail) on all parties in said action listed below, via the Court's e-filing system to Counsel of Record listed below:

| | |
|---|---|
| Christopher Alan Sproul<br>Jodene Louise Isaacs<br>Environmental Advocates<br>5135 Anza Street<br>San Francisco, CA 94121<br>csproul@enviroadvocates.com<br>jisaacs@enviroadvocates.com | Attorneys for Plaintiffs Baykeeper, Humboldt Baykeeper, Ecological Rights Foundation, and Communities for a Better Environment |
| Daniel Cooper<br>Lawyers for Clean Water<br>1004 O'Reilly Avenue, Suite A<br>San Francisco, CA 94129<br>cleanwater@sfo.com | Attorneys for Plaintiffs Baykeeper, Humboldt Baykeeper, Ecological Rights Foundation, and Communities for a Better Environment |
| Shana D.G. Lazerow<br>Communities for a Better Environment<br>1440 Broadway, Suite 701<br>Oakland, CA 94612<br>slazerow@cbecal.org | Attorneys for Plaintiffs Baykeeper, Humboldt Baykeeper, Ecological Rights Foundation, and Communities for a Better Environment |
| Lily Niu Chinn<br>Trial Attorney<br>U.S. Department of Justice<br>Environmental Defense Section<br>P. O. Box 23986<br>Washington, DC 20026-3986<br>lily.chinn@usdoj.gov | Attorneys for Defendants United States Environmental Protection Agency, Stephen L. Johnson, as Administrator of the United States Environmental Protection Agency, and Wayne Nastri, as Regional Administrator of the United States environmental Protection Agency, Region 9 |

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California. Executed on April 4, 2007, at Sacramento, California.

/s/ Jane L. Pratt
Jane L. Pratt