IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAYKEEPER, HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and COMMUNITIES FOR A BETTER ENVIRONMENT,

    Plaintiffs,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,

    Defendants.

WESTERN STATES PETROLEUM ASSOCIATION,

    Intervenor-Defendant,

CALIFORNIA ASSOCIATION OF SANITATION AGENCIES,

    Intervenor-Defendant.

No. C 06-05159 WHA

**ORDER RE JOINT MOTION TO DISMISS COMPLAINT PURSUANT TO SETTLEMENT AGREEMENT**

Intervenor-defendants should file any objections to plaintiffs' and defendants' motion to dismiss this action pursuant to the settlement agreement no later than **MONDAY, JULY 2, 2007, AT NOON**.

**IT IS SO ORDERED.**

Dated: June 27, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE