IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER, HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>    Defendants.<br>_____<br>WESTERN STATES PETROLEUM ASSOCIATION,<br><br>    Intervenor-Defendant,<br><br>CALIFORNIA ASSOCIATION OF SANITATION AGENCIES,<br><br>    Intervenor-Defendant.<br>_____/ | No. C 06-05159 WHA<br><br>**ORDER REQUESTING RESPONSE TO INTERVENOR-DEFENDANTS' OBJECTIONS TO SETTLEMENT** |

   Plaintiffs and defendants should file any responses to intervenor-defendants' objections to the proposed settlement agreement no later than **MONDAY, JULY 9, 2007, AT NOON**.

   **IT IS SO ORDERED.**

Dated: July 5, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE